# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| BETH ANN CURETON, MD, | ) |
| Plaintiff, | ) |
| v. | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL** |
| CENTRAL MAINE MEDICAL CENTER, | ) |
| CENTRAL MAINE HEALTHCARE, | ) **(F.R.Civ.P. 41(a)(1)(A)(i))** |
| BRIDGTON HOSPITAL, and | ) |
| RUMFORD HOSPITAL, | ) Civ. Action No. 2:22-cv-00385 (NT) |
| Defendants. | ) |

Pursuant to F.R.Civ.P. 41(a)(1)(A)(i), the Plaintiff in this matter, Beth Ann Cureton, MD, does hereby provide notice that this action is dismissed in its entirety as against all Defendants, without prejudice.

Service of process has not been attempted, and none of the Defendants has appeared, or served an answer or motion for summary judgment.

Dated this 1st day of March, 2023, at Portland, Maine.

Respectfully submitted,

*/s/ Jenkins*
_____
E. Ronald Jenkins (Maine Bar No. 4667)
Meridian 361 International Law Group, PLLC
97A Exchange Street, Suite 202
Portland, ME 04101
www.meridian361.com
Tel. 202.361.4944
Email Jenkins@meridian361.com